172 P.3d 550

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 29, 2007**

| | | |
|---|---|---|
| 27771 | State v. Ackerman | Affirmed |
| 27802 | State v. Palafox | Affirmed |

**December 11, 2007**

| | | |
|---|---|---|
| 26949, 27181 | Ibera v. Mishima | Affirmed, Vacated and Remanded |
| 27974 | Sung Jin Kwon v. State | Affirmed |

**December 12, 2007**

| | | |
|---|---|---|
| 27174 | State v. McNeal | Affirmed |

**December 13, 2007**

| | | |
|---|---|---|
| 26745 | Navarro v. Midfirst Bank | Affirmed |
| 28236 | State v. Kamana'o | Affirmed |

**December 14, 2007**

| | | |
|---|---|---|
| 28394 | I.S., In re | Affirmed |
| 28201 | State v. Meheula | Affirmed |

**December 20, 2007**

| | | |
|---|---|---|
| 26930 | Jou v. Schmidt | Affirmed |

**December 21, 2007**

| | | |
|---|---|---|
| 26932 | Jou v. Government Employees Ins. Co. | Affirmed |
| 26931 | Jou v. Schmidt | Affirmed |